**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION**

UNITED STATES OF AMERICA,

    v.                                                                     CASE NO.: 4:22-cr-86

PERRY WILLIAMS, III,

    Defendant.

# O R D E R

After a careful de novo review of the entire record, the Court concurs with the Magistrate Judge's February 10, 2023, Report and Recommendation, (doc. 37), to which no party has filed objections.   Accordingly, the Court **ADOPTS** the Report and Recommendation, (doc. 37), as its opinion and finds that Defendant Perry Williams, III, is **COMPETENT** to stand trial pursuant to 18 U.S.C. § 4241.

**SO ORDERED**, this 2nd day of March, 2023.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA